In Re:    **Steven Shumake and Current**
**Com Ed, et al**                          Adv Proc No:  **15-00592**

## CERTIFICATE OF SERVICE

I, _____Aaron Weinberg_____, certify that service of this summons and a copy of the complaint was made _____8/17/2015_____ by:

☑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Please see attached service list A.

☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

   Please see attached service list B.

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

Date    _____8/17/2015_____          Signature  /s/ Aaron Weinberg

Print Name:    Aaron Weinberg

Business Address:  20 S. Clark Street
28th Floor
Chicago, IL 60603
312-913-0625

# <u>SERVICE LIST A</u>

Gm Financial |Po Box 181145|Arlington, TX 76096-1145| |||

Americredit Financial Services, Inc. Agent, Illinois Corporation Service C, 801 Adali Stevenson Drive, Springfield, IL 62703

Americredit Financial Services, Inc. President, Daniel E Berce, 801 Cherry St. #3900, Fort Worth, TX 76102

Internal Revenue Service |P.O. Box 7346|Philadelphia, PA 19101-7346| |||

United States Attorney Office, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, 5th Floor, Chicago, IL 60604

Iris Hooper |c/o Illinois Dept of Healthcare|PO Box 19405|Springfield, IL 62794-9405| ||

Med Business Bureau |Po Box 1219|Park Ridge, IL 60068-7219| |||

Medical Business Bureau, LLC, Agent, Eric Dennis Mock, 1460 Renaissance Dr. #400, Park Ridge, IL 60068

Medical Business Bureau, LLC, President, 1460 Renaissance Dr. Ste 400, Park Ridge, IL 60068

AmeriCredit Financial Services, Inc. dba GM |P O Box 183853|Arlington, TX 76096-3853| |||

AmeriCredit Financial Services, Inc. Agent, Illinois Corporation Service C, 801 Adali Stevenson Drive, Springfield, IL 62703

AmeriCredit Financial Services, Inc, President, Daniel E Berce, 801 Cherry St. #3900 Fort Worth, TX 76102

# SERVICE LIST B

City of Chicago Parking Tickets |333 South State Street Rm 540|Chicago, IL 60604-3951| |||

Arnold Scott Harris 111 W. Jackson Suite 600 Chicago, IL 60604

Com Ed |3532 Dale Dr|Crete, IL 60417-1353| |||

Com Ed, Agent Name Corporate Creations Network In, 350 S. Northwest Hwy 300, Park Ridge IL 60068

Com Ed, President Anne R Pramaggiore, 440 S. LaSalle St. Chicago, IL 60605

Credit Management Lp |4200 International Pkwy|Carrollton, TX 75007-1912| |||

Department of Children and Families |201 East Washington 2nd floor|po box 8916|Madison, WI 53708-8916| ||

Enhanced Recovery Corp |Attention: Client Services|8014 Bayberry Rd|Jacksonville, FL 32256-7412| ||

G M A C |15303 S 94th Ave|Orland Park, IL 60462-3825| |||

Ally Financial Inc. Agent Name C T Corporation System, 208 So LaSalle St. Suite 814, Chicago, IL 60604

Ally Financial Inc. President, William F Muir 200, Renaissance Ctr Detroit, MI 48265

IL Tollway |2700 Ogden Ave|Downers Grove, IL 60515-1703| |||

Municollofam |3348 Ridge Road|Lansing, IL 60438-3112| |||

National Payment Center |US Dept of Education|PO Box 105028|Atlanta, GA 30348-5028| ||

Northwest Collectors |3601 Algonquin Rd Ste 23|Rolling Meadows, IL 60008-3143| |||

Northwest Collectors Inc. Agent, Bruce M Jancovic, 1420 Renaissance Drive 313, Park Ridge IL 60068

Northwest Collectors Inc. President, Adam F Crawford, 3601 Algonquin Rd. Rolling Meadows, IL 60008

Optimum Outcomes Inc |2651 Warrenville R|Downers Grove, IL 60515-5559| |||

Optimum Outcomes Inc. Agent, Illinois Corporation Service C, 801 Adali Stevenson Drive, Springfield IL 62703

Optimum Outcomes Inc. President, Bob Wilhelm, 2651 Warrenville Rd, Suite 500, Downers Grove, IL 60515

PLS |1006B 162nd Street|South Holland, IL 60473-2560| |||

PLS, Agent, Daniel Wilson, 3852 S. Indiana, Chicago, IL 60653

Peoples Gas |Attention: Bankruptcy Department|130 E. Randolph 17th Floor|Chicago, IL 60601-6207| |

Peoples Gas, Willard Evans Jr., President, 130 E. Randolph Street, Chicago, IL 60601Stanley Shumake |8100 Sawyer Street|Chicago, IL 60652-2609| |||

Stellar Recovery Inc |4500 Salisbury Rd Ste 10|Jacksonville, FL 32216-8035| |||

Stellar Recovery Inc, Agent, Business Filings Incorporated, 118 W Edwards, STE 200, Springfield, IL 62704

Stellar Recovery Inc, President, Keith Jones, 4500 Salisbury Rd, Suite 105, Jax, FL 32216

Tsi/980 |600 Holiday Dr|Matteson, IL 60443-2241| |||

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CITY OF CHICAGO PARKING TICKETS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | Clerk, U.S. Bankruptcy Court |
| | Northern District of Illinois |
| | 219 S Dearborn |
| | Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | Aaron M Weinberg |
| | 20 S. Clark St. |
| | 28th Floor |
| | Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | |
| Courtroom 744 | Status Hearing Date and Time |
| Chicago IL 60604 | 09/24/2015 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
#### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

#### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** COMMONWEALTH EDISON

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Aaron M Weinberg<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 744<br>Chicago IL 60604 | Status Hearing Date and Time<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CREDIT MANAGEMENT

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Status Hearing Date and Time |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  DEPARTMENT OF CHILDREN AND FAMILIES

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Aaron M Weinberg<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 744<br>Chicago IL 60604 | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.
**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** ENHANCED RECOVERY CORPORATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00592 Doc 2 Filed 08/17/15 Entered 08/17/15 14:04:09 Desc Stamped
Summons Page 10 of 20

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** GMAC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/17/2015

*Jeffrey P. Allstedt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons   Page 11 of 24

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** GM FINANCIAL

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Aaron M Weinberg<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 744<br>Chicago IL 60604 | Status Hearing Date and Time<br>09/24/2015 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

                                                 Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

                                                 Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

                                                 Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:  ILLINOIS TOLLWAY**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. 15−25019

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. 15−00592

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  INTERNAL REVENUE SERVICE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  ILLINOIS DEPARTMENT OF HEALTHCARE**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Aaron M Weinberg<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building<br>219 South Dearborn<br>Courtroom 744<br>Chicago IL 60604 | Status Hearing Date and Time<br>09/24/2015 at 10:00AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons     Page 15 of 20

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.
**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  MEDICAL BUSINESS BUREAU INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Aaron M Weinberg |
| 20 S. Clark St. |
| 28th Floor |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom 744 | 09/24/2015 at 10:00AM |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

                                                                Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE**
**ASIA TATE**

                                                                Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

                                                                Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** MUNICOLLOFAM

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** NATIONAL PAYMENT CENTER

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
|---|---|---|
| | **Dirksen Federal Building** | |
| | **219 South Dearborn** | **Status Hearing Date and Time** |
| | **Courtroom 744** | **09/24/2015 at 10:00AM** |
| | **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** NORTHWEST COLLECTORS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

Jeffrey P. Allstedt, Clerk Of Court

ILNB 2012

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons     Page 19 of 20

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

                                                                    Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

                                                                    Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

                                                                    Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  OPTIMUM OUTCOMES INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons    Page 20 of 20

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:**  PAYDAY LOAN STORE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | |
| **Courtroom 744** | **Status Hearing Date and Time** |
| **Chicago IL 60604** | **09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

### U.S. Bankruptcy Court
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**

**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**

**STEVEN SHUMAKE
ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS
COMMONWEALTH EDISON ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** PEOPLES GAS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**09/24/2015 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons     Page 18 of 20

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** STANLEY ANDREW SHUMAKE, SR.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | Clerk, U.S. Bankruptcy Court |
| | Northern District of Illinois |
| | 219 S Dearborn |
| | Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | Aaron M Weinberg |
| | 20 S. Clark St. |
| | 28th Floor |
| | Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom 744 | 09/24/2015 at 10:00AM |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.

**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** STELLAR RECOVERY INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **09/24/2015 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Case 15-00592   Doc 2   Filed 08/17/15   Entered 08/17/15 14:04:09   Desc Stamped
Summons   Page 24 of 24

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **15−25019**
**STEVEN SHUMAKE AND ASIA TATE**

Debtor

Adversary Proceeding No. **15−00592**
**STEVEN SHUMAKE**
**ASIA TATE**

Plaintiff

v.
**CITY OF CHICAGO PARKING TICKETS**
**COMMONWEALTH EDISON ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  TSI/980**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
|---|---|---|
| | **Dirksen Federal Building** | |
| | **219 South Dearborn** | **Status Hearing Date and Time** |
| | **Courtroom 744** | **09/24/2015 at 10:00AM** |
| | **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08/17/2015

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012