UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Eugene R. Wedoff | **Hearing Date** | 9/24/15 |
| **Bankruptcy Case** | 15-25019 | **Adversary No.** | 15-Ap-00552 |
| **Title of Case** | Shumate + Tate | | |
| **Brief Statement of Motion** | Dismiss Adversary | | |
| **Names and Addresses of moving counsel** | RJS | | |
| **Representing** | Debtor | | |

## ORDER

The Adversary complaint case # 15-Ap-00552 is hereby Dismissed.

*/s/ Eugene R. Wedoff*